United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kemp N. Carter  
     Debtor

Case No. 20-11353-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Antoinett | Page 1 of 1 | Date Rcvd: Mar 03, 2020 |
|---|---|---|---|
| | Form ID: 130 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2020.
db        +Kemp N. Carter,   2655 S. Massey Street,   Philadelphia, PA 19142-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2020 at the address(es) listed below:
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        SHARON S. MASTERS   on behalf of Debtor Kemp N. Carter shmasters@hotmail.com,
         G65312@notify.cincompass.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                            TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:   Chapter: 13

Kemp N. Carter

Debtor(s)   Bankruptcy No: 20−11353−jkf

***O R D E R***

**AND NOW,** this 3rd day of March, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Matrix List of Creditors due 03/9/2020
Atty Disclosure Statement due 03/16/2020
Chapter 13 Plan due by 03/16/2020
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C−1(old)Due 03/16/2020
Means Test Calculation Form 122C−2 due 03/16/2020
Schedules AB−J due 03/16/2020
Statement of Financial Affairs due 03/16/2020
Summary of Assets and Liabilities Form B106 due 03/16/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

5
Form 130