United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11353-jkf
Kemp N. Carter                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 03, 2020
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db            +Kemp N. Carter,   2655 S. Massey Street,   Philadelphia, PA 19142-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          SHARON S. MASTERS   on behalf of Debtor Kemp N. Carter shmasters@hotmail.com,
           G65312@notify.cincompass.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 3

...rmation to identify the case:

Debtor 1    **Kemp N. Carter**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number  20-11353
(If known)

Chapter filing under:

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[☑] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[ ] The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| $_____ | _____ Month / day / year |
| + $_____ | _____ Month / day / year |
| **Total** $_____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

March 3, 2020
_____
Month / day / year

**By the court:** _____
United States Bankruptcy Judge

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kemp N. Carter |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania ▾ |
| Case number | 20-11353 |
| (If known) | |

☐ Check if this is an amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

| Part 1: | Specify Your Proposed Payment Timetable |
|---|---|

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☐ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☑ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   **You propose to pay…**

   | | Amount | | Date |
   |---|---|---|---|
   | | $ 80.00 | ☐ With the filing of the petition | 04/01/2020 |
   | | | ☐ On or before this date........ | MM / DD / YYYY |
   | | $ 80.00 | On or before this date ........... | 05/01/2020 MM / DD / YYYY |
   | | $ 80.00 | On or before this date ........... | 06/01/2020 MM / DD / YYYY |
   | + | $ 70.00 | On or before this date ........... | 07/01/2020 MM / DD / YYYY |
   | **Total** | $ 310.00 | ◄ Your total must equal the entire fee for the chapter you checked in line 1. | |

| Part 2: | Sign Below |
|---|---|

**By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:**

■ You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

■ You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

■ If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

✗ /s/ Kemp N. Carter
Signature of Debtor 1

✗
Signature of Debtor 2

✗ /s/ Sharon S. Masters
Your attorney's name and signature, if you used one

Date 03/02/2020
MM / DD / YYYY

Date
MM / DD / YYYY

Date 03/02/2020
MM / DD / YYYY

Official Form 103A    **Application for Individuals to Pay the Filing Fee in Installments**