**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kemp  N. Carter                                    CHAPTER 13

                      Debtor(s)                               BKY. NO. 20-11353 JkF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of The Bank of New York Mellon as Trustee for CWABS, Inc. Asset-Backed Certificates, Series 2007-2 and index same on the master mailing list.

                                      Respectfully submitted,
                                **/s/ Rebecca A. Solarz Esquire**
                                Rebecca A Solarz, Esquire
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322