-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Kemp Carter                                              : CHAPTER 13

    Debtor                                                       : NO. 20-11353

**ORDER**

AND NOW, this ___ day of March, 2020, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED. Debtor shall have until ~~March 30, 2020~~ April 6, 2020 to file all documents necessary to complete the case.

_____

Dated: March 23, 2020

                                                          J.