**Fill in this information to identify your case:**

Debtor 1 __Kemp N. Carter_____
         First Name      Middle Name         Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name         Last Name

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  20-11353_____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules          12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Kemp N. Carter_____            ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Date  03/30/2020_____                          Date _____
      MM /  DD  /  YYYY                                 MM /  DD  /  YYYY

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**