IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Kemp Carter                                          : CHAPTER 13

Debtor                                                            : NO. 20-11353

**ORDER**

AND NOW, this __ day of _____, 2020, upon consideration of the Application for
Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's
fee of $1,200.00 is approved. It is further ORDERED that the fee balance of $600.00 shall be disbursed
on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

_____
                                                                                        J.

**Date: July 9, 2020**