*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kemp N. Carter
    Debtor(s)

Case No: 20–11353–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the first – final installment payment for a total amount of $310.00.
will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 8/5/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: July 20, 2020

39
Form 175