-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Kemp Carter                                                      : CHAPTER 13 : NO. 20-11353

    Debtor

**ORDER**

AND NOW, this ___ day of August, 2020, it is hereby ORDERED that the Motion for Continuance of Show Cause Hearing is GRANTED.  Debtor shall pay the filing fee of $310.00 in full by end of day on August 7, 2020.  The Show Cause is continued to 8/12/20 at 11:00 a.m.. ~~Or the case will be dismissed without further hearing~~.

**Date: August 5, 2020**                                                            _____

                                                                                                                                                                                                                                                    J.