United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11353-amc
Kemp N. Carter                                                            Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP             Page 1 of 1               Date Rcvd: Aug 05, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Kemp N. Carter,    2655 S. Massey Street,    Philadelphia, PA 19142-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
      REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
       Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SHARON S. MASTERS    on behalf of Debtor Kemp N. Carter shmasters@hotmail.com,
       G65312@notify.cincompass.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Kemp Carter                                          : CHAPTER 13 : NO. 20-11353

   Debtor

**ORDER**

AND NOW, this ___ day of August, 2020, it is hereby ORDERED that the Motion for Continuance of Show Cause Hearing is GRANTED.  Debtor shall pay the filing fee of $310.00 in full by end of day on August 7, 2020.  The Show Cause is continued to 8/12/20 at 11:00 a.m.. ~~Or the case will be dismissed without further hearing~~.

**Date: August 5, 2020**                                              _____

                                                                                                                       J.