Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-11353-AMC**

Kemp N. Carter  
2655 S. Massey Street  
Philadelphia  PA    19142

Petition Filed Date: 03/02/2020  
341 Hearing Date: 05/01/2020  
Confirmation Date: 07/08/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/08/2020 | $80.00 | 1733477643 | 05/26/2020 | $80.00 | | 06/15/2020 | $239.00 | |
| 07/13/2020 | $239.00 | | 08/10/2020 | $239.00 | | | | |

**Total Receipts for the Period: $877.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $877.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kemp N. Carter | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | PHILADELPHIA GAS WORKS »» 01S | Secured Creditors | $284.44 | $0.00 | $284.44 |
| 2 | PHILADELPHIA GAS WORKS »» 01U | Unsecured Creditors | $39.99 | $0.00 | $39.99 |
| 3 | UNITED STATES TREASURY (IRS) »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | SELECT PORTFOLIO SERVICING INC »» 003 | Mortgage Arrears | $11,529.85 | $0.00 | $11,529.85 |
| 5 | CITY OF PHILADELPHIA (LD) »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $574.20 | $25.80 |

Chapter 13 Case No. 20-11353-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $877.00 | Current Monthly Payment: | $239.00 |
| Paid to Claims: | $574.20 | Arrearages: | $0.00 |
| Paid to Trustee: | $87.70 | Total Plan Base: | $13,783.00 |
| Funds on Hand: | $215.10 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.