IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Kemp Carter                                     : CHAPTER 13

    Debtor                                             : NO. 20-11353amc

**ORDER**

AND NOW, this ___ day of April, 2021, it is hereby ORDERED that the Motion to Modify Chapter 13 Plan Post-Confirmation is GRANTED.   The modified Chapter 13 Plan shall take effect immediately.

**Date: April 21, 2021**

_                                                                    _

                                                                    J.