United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kemp N. Carter  
    Debtor

Case No. 20-11353-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Aug 18, 2021      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kemp N. Carter, 2655 S. Massey Street, Philadelphia, PA 19142-2128 |
| 14477817 | + | KML Law Group, 701 Market St. Suite 5000, Philadelphia, PA 19106CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14477814 | | PECO Energy, c/o Southwest Credit, 4129 International Pkwy, Ste. 1100, Carrollton, TX 75007 |
| 14488759 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14477812 | + | Selective Portfolio, 3815 South West Temple St., Salt Lake City, UT 84115-4412 |
| 14480302 | + | The Bank of New York Mellon, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14479950 | + | The Bank of New York Mellon as Trustee for CWABS,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14496404 | | The Bank of New York Mellon as Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 18 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 18 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2021 23:28:49 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14517123 | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14477816 | | Email/Text: megan.harper@phila.gov | Aug 18 2021 23:26:00 | City of Philadelphia, Law Dept ? Bankruptcy Div., 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14477815 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2021 23:26:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14477813 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 18 2021 23:26:00 | Nationwide Insurance, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14620196 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2021 23:28:38 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620498 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 18 2021 23:28:29 | Orion, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14477811 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 18 2021 23:26:00 | Progressive, c/o Credit Collection, POB 607, |

Case 20-11353-amc   Doc 71   Filed 08/20/21   Entered 08/21/21 00:32:56   Desc Imaged
Certificate of Notice   Page 2 of 3

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 19

Norwood, MA 02062-0607

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

**Name** | **Email Address**

REBECCA ANN SOLARZ
  on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

SHARON S. MASTERS
  on behalf of Debtor Kemp N. Carter shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
Kemp N. Carter | 
 | Bankruptcy No. 20-11353-AMC
Debtor | 

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 18, 2021**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE